IN IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID PADILLA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 14-615 |
| ASPIRA, INC., | : | |
| Defendant. | : | |

## CONFERENCE ORDER

AND NOW, this 6th day of August, 2014, IT IS HEREBY ORDERED that a **SETTLEMENT CONFERENCE** in the above-captioned case will be held on **October 1, 2014 at 9:30 A.M.,** before the Honorable Marilyn Heffley, United States Magistrate Judge, U.S. Courthouse, 601 Market Street, Room 4001, Philadelphia, PA 19106.

- Please notify the Court if settlement is not a real possibility.

- The conference will not be held unless counsel has clients with **full and complete** settlement authority physically present for the duration of the conference. **Full and complete authority means the party's representative must possess authority consistent with the most recent demand.**[1]

Please complete the attached confidential settlement conference summary and fax it to Chambers (267) 299-5053 on or before **September 24, 2014.**  These submissions shall be submitted to the Court only, and should include a candid discussion of the submitting party's strengths and weaknesses as well as an offer/demand settlement proposal. **This document is not to be shared with opposing counsel nor filed of record. It is for Judge Heffley's eyes only.**

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE

cc:   Manali Arora, Esquire
      Sara M. Bachner, Esquire
      Kathleen O'Malley, Esquire

---

[1]      Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case must attend the conference.  In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend.  Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

## <u>CONFIDENTIAL SETTLEMENT CONFERENCE SUMMARY</u>

**CAPTION:** _____

**DISTRICT COURT JUDGE:** _____

**TRIAL POOL DATE:** _____     JURY / NONJURY (Circle One)

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**
Name:          _____
Address:       _____
Phone:         _____
Client:        _____

**CLIENT ATTENDING SETTLEMENT CONFERENCE:**
Name of Individual with full and complete settlement authority who will be present at the settlement conference (include company and position where applicable):

_____

**MOTIONS PENDING:**

_____
_____
_____

**OTHER RELEVANT MATTERS:**

_____
_____
_____

**PRIOR DEMANDS/OFFERS (include demand/offer dates):**

_____
_____

**ATTACH SYNOPSIS OF CASE** (The synopsis will include a candid discussion of the submitting party's strengths and weaknesses in the case as well as an offer/demand settlement proposal, and **IS STRICTLY LIMITED TO NO MORE THAN FIVE (5) PAGES.**)