IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID PADILLA, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-615 |
| v. | : | |
| ASPIRA, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 24th day of September, 2014, counsel having informed the court that this matter has settled, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel without costs. The court shall retain jurisdiction for a period of ninety (90) days while the parties memorialize their settlement agreement.

BY THE COURT:

*/s/ Edward G. Smith*
EDWARD G. SMITH, J.